# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY & NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

September 25, 2012

**By Facsimile To: 914-390-4278**
Honorable Judge Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas St., Courtroom 621
White Plains, NY 10601-4150

*MEMO ENDORSED*

Application Granted / Denied
So Ordered.
Cathy Seibel, U.S.D.J.
Dated: 9/25/12

    Re:    Girotto v. 49 Purchase, LLC, a New York limited liability company
            Civil Action 7:11-cv-05810 (CS)

Dear Judge Seibel:

The undersigned represents the Plaintiff in the above-captioned case matter.

On August 15, 2012, this Honorable Court entered its Order of Discontinuance, granting a 45 day period for restoration of this action should the settlement not be consummated, which deadline is September 29, 2012. As of this date, the settlement agreement is still being reviewed and has not yet been executed, nor settlement funds received. Therefore, the undersigned respectfully requests that the Court grant an extension to reopen this matter for another 45 days, through and including November 13, 2012. We have conferred with opposing counsel, who has no objection to this extension.

The Court is advised that this is the Plaintiff's first request to extend the deadline to reopen in this matter. Thank you for your attention to this matter.

Yours very truly,
The Weitz Law Firm, P.A.

By: _Robert J. Mirel_
Robert J. Mirel, Esq.

cc: David Lacher, Esq. via facsimile (914) 560-2100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/12